# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **MALIK MONTREASE MOORE,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | |
| | ) | 5:14CV150 |
| vs. | ) | 5:05CR235-3 |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 22, 2014 Order.

October 22, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court